WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7061▮▮▮▮▮)

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ATTORNEY GENERAL'S OFFICE, Respondent.

*Opinion filed March 2, 1973.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 7065▮▮▮▮▮)

SANDERS ASSOCIATES, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed March 2, 1973.*

SANDERS ASSOCIATES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.